C. P. Bailly, Plaintiff in Error *vs.* Emery A. Weller,
Defendant in Error.

ERROR FROM THE DISTRICT COURT OF RAMSEY COUNTY.

[Same questions raised and decided in Mason, Craig et. al. *vs.* Callender, Flint & Co., *ante* page 350.]

The note in this case was for "four thousand dollars, with
interest at three per cent a month, after due five per cent a
month until paid."

The same points were made, and authorities cited by the re-
spective counsel, as in the case of Mason, Craig et al. *vs.* Cal-
lender, Flint & Co., *ante* page 350.

Smith & Gilman, Counsel for Plaintiff in Error.

Sanborn, French & Lund, Counsel for Defendant in Error.

*By the Court*—Flandrau, J.   Error to the District Court
of Ramsey County.   The Defendant below objected to an in-
creased rate of interest stipulated for after the maturity of a
promissory note, being recovered, on the ground that it was
in the nature of a penalty.

The Court below assessed the damages on the note for the
interest at three per cent. per month until maturity, and after
maturity at five per cent. per month.

This case comes within the decision made at this term, in
the case of *Mason, Craig et al. vs. Callender, Flint & Co.*, and
must be held the same way.

The judgment is reversed, and the case remanded for a re-
assessment of damages as follows:

Compute the interest on the note from the date thereof to
the time of payment under the mortgage sale, at three per cent
per month, then add the principal and interest together, and
deduct the payment, then compute the interest on the balance
from the time of the payment until judgment at the same rate,
and the sum so arrived at will be the damages the Plaintiff is
entitled to recover.